JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2006 SEP 10 PM 4: 18

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY Fm
     DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ALEJANDRO MENDOZA-LUCIO<br><br>Defendant. | ) CRIMINAL NO. EP-08-CR-<br>)<br>) **INDICTMENT**<br>)<br>) CT 1: 21:846 & 841(a)(1)-Conspiracy to<br>) Possess a Controlled Substance with<br>) Intent to Distribute;<br>) CT 2: 21:841(a)(1) & 18:2- Possession<br>) with Intent to Distribute a Controlled<br>) Substance and Aiding & Abetting |

# EP08CR2537

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii))

That beginning on or about January 1, 2004, and continuing through and including on or about December 31, 2006, in the Western District of Texas, Western District of Louisiana, Northern District of Alabama, Northern District of Georgia and elsewhere, Defendant,

**GABRIEL ALEJANDRO MENDOZA-LUCIO,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others to the Grand Jury known and unknown to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT TWO

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii) & 18 U.S.C. § 2)

That beginning on or about November 10, 2006, and continuing through and including on or about November 11, 2006, in the Western District of Texas, Western District of Alabama and elsewhere, Defendant,

### GABRIEL ALEJANDRO MENDOZA-LUCIO,

and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney