IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. EP-08-CR-2537 (FM) |
| | § | |
| GABRIEL MENDOZA-LUCIO | § | |

MOTION FOR REVOCATION
OF DETENTION ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant GABRIEL MENDOZA-LUCIO, by and through his undersigned counsel and moves this Honorable Court to revoke the detention order in this cause pursuant to Title 18 U.S.C. § 3145(b) and as grounds therefore would respectfully show:

I.

An order of detention was entered in this cause by the Honorable Magistrate Judge Michael MacDonald on August 21, 2008.

II.

Defendant GABRIEL MENDOZA-LUCIO respectfully requests that this Court set this motion for a hearing and at the conclusion of same, enter an order revoking the order of detention and to set reasonable conditions of release for Defendant GABRIEL MENDOZA-LUCIO.

WHEREFORE, PREMISES CONSIDERED, Defendant GABRIEL MENDOZA-LUCIO prays this Honorable Court will grant the above.

Respectfully submitted,

ROBERT RAMOS
Attorney at Law
1145 E. Rio Grande Ave.
El Paso, Texas 79902
Telephone: (915) 545-1175
Facsimile: (915) 545-1313

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Revocation of Detention Order via electronic mailing to the U. S. Attorney's Office, El Paso, Texas 79901 on this 12th day of September, 2008.

_____
ROBERT RAMOS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. EP-08-CR-2537 |
| GABRIEL MENDOZA-LUCIO | § § | |

ORDER

Defendant GABRIEL MENDOZA-LUCIO'S Motion for Revocation of Detention Order, is hereby set for hearing on _____, 2008.

SIGNED and ENTERED this \_\_\_\_\_ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE