``IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. EP-08-CR-2537 (FM) |
| | § | |
| GABRIEL MENDOZA-LUCIO | § | |

MOTION TO CONTINUE

COMES NOW, Defendant GABRIEL MENDOZA-LUCIO by and through his undersigned counsel and moves this Honorable Court to continue the status conference currently scheduled for Wednesday, February 11, 2009 at 11:00 A.M. and as grounds therefore would respectfully show.

I.

Counsel for Defendant is scheduled to be in United States District Court for the Western District of Missouri, Kansas City, Missouri in *USA v. Delgado,* Cause No. 07-CR-00115 for a jury trial which will commence on February 2, 2009 and is expected to last at least two weeks.

WHEREFORE, PREMISES CONSIDERED, Defendant SAUCEDO prays this Honorable Court will grant the continuance.

Respectfully submitted,

/s/ Robert Ramos
ROBERT RAMOS
Attorney for Defendant
1145 E. Rio Grande Avenue
El Paso, Texas 79902
Telephone: (915) 545-1175
Facsimile: (915) 545-1313

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Continuance was furnished to the United States Attorney's Office, El Paso, Texas 79901, via electronic mail on this the 23rd day of January, 2009.

/s/ Robert Ramos
**ROBERT RAMOS**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| vs. | § | Case Number: EP-08-CR-2537 (FM) |
| | § | |
| GABRIEL MENDOZA-LUCIO | § | |
| | § | |
| Defendant | § | |

## **ORDER**

On this day came on to be considered the Motion for Continuance of Defendant GABRIEL MENDOZA-LUCIO, for a continuance of his status conference scheduled for February 11, 2009 at 11:30 A.M.

The Court finds the motion should be GRANTED.

Accordingly it is ORDERED that the setting of February 11, 2009 for the status conference in this cause is vacated and hereby rescheduled as follows:

_____ at _____

SIGNED and ENTERED this \_\_\_\_\_ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE