3-31-11

| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER<br>*Please Read Instructions:* | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME<br>Jose Francisco | 2. PHONE NUMBER<br>(305) 242-0770 | 3. DATE<br>3/29/2011 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>9100 South Dadeland Blvd, Suite # 1500 | 5. CITY<br>Miami | 6. STATE<br>Fl | 7. ZIP CODE<br>33156 |
| 8. CASE NUMBER<br>3:08-cr-02537-F-1 | 9. JUDGE | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/19/2009 | 11. TO 8/19/2009 |
| 12. CASE NAME<br>US v. Alejandro Mendoza-Lucio | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY El Paso | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 08/19/2009 | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | 4 @ 3.65 | 14.60 |
| 14-Day | ☒ | ☐ | NO. OF COPIES 1 | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL   14.60

18. SIGNATURE   Jose Francisco
PROCESSED BY   Nalene Benavides
19. DATE
PHONE NUMBER   915-834-0563

| TRANSCRIPT TO BE PREPARED BY<br>Nalene Benavides<br>525 Magoffin, Rm 437<br>El Paso, Texas 79901 | COURT ADDRESS<br>Nalene Benavides<br>525 Magoffin, Rm 437<br>El Paso, Texas 79901 | |
|---|---|---|
| ORDER RECEIVED   3-29-11   NB | | |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED   3-29-11   J.F. | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY